JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA COLLAZO,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:23-cv-04445-SPG-AGR<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [ECF NO. 50]** |

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (ECF No. 50 ("Stipulation")). Having considered the Stipulation, the Court GRANTS the Stipulation and ORDERS as follows:

    1.    The above-captioned action is dismissed with prejudice; and

    2.    Each party shall bear their own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: September 25, 2025

HON. SHER'LY' 'EAC' GARNETT
UNITED STATES DISTRICT JUDGE